**William BESSICKS, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 431, 2016**

Supreme Court of Delaware.

Submitted: February 15, 2017
Decided: April 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1504001053B

AFFIRMED.